# KHIRALLAH | BOSTON
TRIAL ATTORNEYS

January 10, 2025

**<u>Via Electronic Filing and Via Electronic mail</u>**
**Honorable United States Magistrate Judge John R. Parker**
United States Courthouse
341 Pine Street, Room 2313
Abilene, Texas 79601

      RE:    **Civil Action No. 1:23-CV-00178-BU**; *Jamie Barnes v. Alexander Logistics, LLC et al* ; in the Northern District of Texas, Abilene Division.

Dear Honorable Judge Parker:

Pursuant to Doc. 76 (Minute Entry Proceedings from Pre-Trial Conference), the parties have reached a settlement in the above-referenced matter. We are in the process of preparing final settlement documents that will be filed with the Court.

Thank you.

Sincerely,

Ray T. Khirallah, Jr.
KHIRALLAH | BOSTON
ray@kbtriallaw.com

*cc: All counsel of record*

